COOPER, WHITE & COOPER LLP
WALTER W. HANSELL (SBN 114913)
  whansell@cwclaw.com
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Comcast Cable Communications
Management, LLC and Sonia Aguilar

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL HEINZ SCHROEDER, JR.,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMCAST CORPORATION, SONIA AGUILAR AND DOES 1-10,<br><br>    Defendants. | CASE NO. C 11-02697 CRB<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Local Rule 6-2**<br><br>Date: December 16, 2011<br>Time: 8:30 a.m.<br>Courtroom: 6, 17th Floor |

Pursuant to Civil Local Rule 6-1, Plaintiff Karl H. Schroeder, Jr. ("Plaintiff") and defendants Comcast Cable Communications Management, LLC ("Comcast"), erroneously sued as Comcast Corporation, and Sonia Aguilar ("Aguilar") (Comcast and Aguilar shall collectively be referred to as "Defendants") hereby stipulate and request the Court to continue the case management conference currently set for December 16, 2011 at 8:30 a.m.

1.    Whereas, Defendants will be filing a Motion to Dismiss Plaintiff's First Amended Complaint ("Motion") on December 2, 2011 and plans to set the hearing on the Motion to Dismiss on January 13, 2012.

2.    Whereas, given the Motion to Dismiss hearing date of January 13, 2012, the case is not and will not be at issue by the time of the December 16, 2011 case management conference date. Additionally, the Court's ruling on the Motion to Dismiss will impact the factual and legal

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

671563.1

C 11-02697 CRB

Stipulated Request to Continue Case Management Conference

1  issues in this case as well as the parties' disclosure requirements. The parties cannot therefore
2  adequately ascertain their obligations and strategy until the Court has ruled on the Motion and the
3  case becomes at issue.
4         3.      Plaintiff and Defendants therefore request that the Court continue the initial case
5  management conference until sometime in late February or early March in order to allow time for
6  the Court to rule on Defendants' Motion to Dismiss and for the parties to conduct the necessary
7  meet and confer for the joint case management conference statement if the case is not dismissed
8  by this Court.
9         4.      The Court has granted one previous request by Plaintiff to continue the initial case
10 management conference, but this requested continuance will not have any effect on any other
11 court dates.

12 DATED: November 29, 2011            Respectfully submitted,
                                       COOPER, WHITE & COOPER LLP
13
14
                                       By: /s/
15                                         Jie-Ming Chou
                                           Attorneys for Defendants Comcast Cable
16                                         Communications Management, LLC and Sonia
                                           Aguilar
17
18 DATED: November 29, 2011            Respectfully submitted,
                                       John T. Putnam, Esq.
19
20
                                       By: /s/
21                                         John T. Putnam
                                           Attorney for Plaintiff Karl Heinz Schroeder
22
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

671563.1                                    2                             C 11-02697 CRB
                     Stipulated Request to Continue Case Management Conference

## ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED. The case management conference is hereby set for 8:30 a.m. on March 9, 2012.

Dated: December 7, 2011

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Charles Breyer
United States Di...