IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARL HEINZ SCHROEDER JR.,

    Plaintiff,

  v.

COMCAST CORPORATION,

    Defendant.

No. C 11-02697 CRB

**JUDGMENT**

    Having granted Defendants' Motion to Dismiss with prejudice, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: January 24, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2697\judgment.wpd