IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL HEINZ SCHROEDER JR., | No. C 11-02697 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COMCAST CORPORATION, | |
| Defendant. | |

Having granted Defendants' Motion to Dismiss with prejudice, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 24, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2697\judgment.wpd